

**FILED**

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0126





FILED

MAR 1 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0126

DUANE RONALD BELANUS,

     Petitioner and Appellant,

v.

                                       **GRANT OF EXTENSION**

STATE OF MONTANA and TIM FOX,

     Respondents and Appellees.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 1, 2020, to prepare, file, and serve the Appellant's brief.

DATED this March 18, 2020

 

Bowen Greenwood
Clerk of the Supreme Court

c:    Duane Ronald Belanus, Timothy Charles Fox